FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 27 2006 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

---

UNITED STATES,

   -vs-

ARTAK GYULBUDAGHYAN,
HARUT GYULBUDAGHYAN

---

ORDER OF SUSTENANCE or
ORDER OF TRANSPORTATION
ORDER OF LODGING

Cr-04-741
DOCKET NUMBER

**ORDERED** that the Marshal supply proper

( )     LODGING

(XX)     SUSTENANCE

( )     TRANSPORTATION

and to the (13) jurors empaneled in the above entitled case, to the ( ) U.S. Deputy Marshals in attendance thereon.

DATED: Brooklyn, New York

    July 27, 2006

( )    DURING TRIAL

(XX)    DELIBERATING

( )    SEQUESTERED

( )    BREAKFAST

(XX)    LUNCH

( )    REFRESHMENT

( Check the appropriate box)

s/John Gleeson
_____
U. S. D. J.

A TRUE COPY
ATTEST
July 27, 2006
ROBERT C. HEINEMANN
CLERK
BY................
DEPUTY CLERK