UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-vs-

Artak Gyulbudaghyan,
Harut Gyulbudaghyan

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 31 2006 ★

BROOKLYN OFFICE

JUDGMENT OF ACQUITTAL

CASE NO.: CR-04-741

In light of the Jury's verdict, a judgment of acquittal on all counts is hereby entered. The defendants are discharged and any bond exonerated.

s/John Gleeson
Signature of Judicial Officer

John Gleeson, U.S.D.J.
Name/Title of Judicial Officer

DATE: July 28, 2006

A TRUE COPY ATTEST
July 28, 2006
ROBERT C. HEINEMANN
CLERK
BY
DEPUTY CLERK